# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145199 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MICHAEL JEFFREY ARNOLD,
          Defendant-Appellant.

SC:  145199
COA:  308201
Tuscola CC:  10-011725-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
                    Clerk

h0716